**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Christopher J. COOPER, Defendant–
Appellant.**

**No. 11–10384**

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 6, 2011.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, James Christian Stuchell, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Andrew M. Kramer, Jones Day, Washington, D.C., for Plaintiff–Appellee.

Robert Nason Nye, III, Nye & Siamos, PC, Savannah, GA, for Defendant–Appellant.

Before TJOFLAT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Robert N. Nye, III, appointed counsel for Christopher J. Cooper in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cooper's conviction and sentence are **AFFIRMED.**